**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1

| Case No.: | 10-14170 | | Trustee Name: | Leslie S. Osborne |
| --- | --- | --- | --- | --- |
| Case Name: | NOVACK ENTERPRISE INC | | Date Filed (f) or Converted (c): | 02/22/2010 (f) |
| For the Period Ending: | 03/31/2015 | | §341(a) Meeting Date: | 06/21/2010 |
| | | | Claims Bar Date: | 09/20/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | Bank of America - Deposit Account # 0036 6076 1760 P. O. Box 25118 Tampa, FL 33622-5118 | $395,856.00 | $395,856.00 | | $398,128.56 | FA |
| 2 | Claim for replevin/money damages against Narcy Novack, widow of the deceased shareholder of the Debtor corporation | $100,000.00 | $95,515.00 | | $0.00 | $95,515.00 |
| 3 | American Express Reward Points P. O. Box 297813 Ft. Lauderdale, FL 33329-9785 | $0.00 | $0.00 | | $0.00 | FA |
| 4 | BOA Account #xxxxx6431 (u) | $0.00 | $0.00 | | $290.97 | FA |
| 5 | BOA Account xxxxxx0549 (u) | $0.00 | $0.00 | | $3,885.97 | FA |
| INT | Interest Earned (u) | Unknown | Unknown | | $362.23 | FA |

**TOTALS (Excluding unknown value)**                                                                                                                                **Gross Value of Remaining Asset**

$495,856.00            $491,371.00                                $402,667.73            $95,515.00

**Major Activities affecting case closing:**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 2

| Case No.: | 10-14170 | Trustee Name: | Leslie S. Osborne |
| Case Name: | NOVACK ENTERPRISE INC | Date Filed (f) or Converted (c): | 02/22/2010 (f) |
| For the Period Ending: | 03/31/2015 | §341(a) Meeting Date: | 06/21/2010 |
| | | Claims Bar Date: | 09/20/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

04/04/2015   CBD: 9/20/10

Tax return: filed (additional return may be required)

Trustee retained Hylton Wynick as accountant 6/24/11 ecf 26.

A TFR was submitted by Trustee in November 2011. It was approved by the UST and an NFR was filed 12/21/11. A series of objections and motions to allow late claims were filed by creditors who had failed to file claims.(ecf36-39). The objections/ allowance of claims were granted, ecf 48 on 5/23/12.

This creditor group then began objecting to other claims is the case. The court finally resolved all of this litigation, with the final order being 2/7/13, ecf 88.

Before the trustee could re-file TFR, the US attorney informed trustee that they had recovered via restitution funds that would belong to the estate. Trustee then filed an interim distribution motion to disburse funds on hand while waiting for these new funds. C/O granting 4/19/13 ecf 93.

Trustee has been told the sum of $95,515 will be turned over. Despite repeated assurances the funds were forthcoming, another year has passed without the trustee being able to confirm if and when funds would be paid. trustee filed motion to allow him to proceed to close the case, yet reserve any interest in the funds if they are ever paid, ecf 100. Hearing is scheduled 5/13/15. Assuming motion approved, TFR will be refiled shortly thereafter.

| Initial Projected Date Of Final Report (TFR): | 05/15/2011 | Current Projected Date Of Final Report (TFR): | 06/15/2015 | /s/ LESLIE S. OSBORNE |
| | | | | LESLIE S. OSBORNE |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1

| | | |
|---|---|---|
| **Case No.** 10-14170 | **Trustee Name:** | Leslie S. Osborne |
| **Case Name:** NOVACK ENTERPRISE INC | **Bank Name:** | Sterling Bank |
| **Primary Taxpayer ID #:** **-***0821 | **Money Market Acct #:** | ******4170 |
| **Co-Debtor Taxpayer ID #:** | **Account Title:** | |
| **For Period Beginning:** 04/01/2014 | **Blanket bond (per case limit):** | $135,654,000.00 |
| **For Period Ending:** 03/31/2015 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/24/2010 | | Bank of America | Funds in bank | * | $402,305.50 | | $402,305.50 |
| | {1} | | $398,128.56 | 1129-000 | | | $402,305.50 |
| | {4} | | $290.97 | 1229-000 | | | $402,305.50 |
| | {5} | | $3,885.97 | 1229-000 | | | $402,305.50 |
| 05/28/2010 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $4.13 | | $402,309.63 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $24.80 | | $402,334.43 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $25.63 | | $402,360.06 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $25.63 | | $402,385.69 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $24.80 | | $402,410.49 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $25.63 | | $402,436.12 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $24.81 | | $402,460.93 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $25.64 | | $402,486.57 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $25.64 | | $402,512.21 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $23.16 | | $402,535.37 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $25.64 | | $402,561.01 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $24.82 | | $402,585.83 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $25.64 | | $402,611.47 |
| 06/30/2011 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $24.82 | | $402,636.29 |
| 07/29/2011 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $25.65 | | $402,661.94 |
| 08/08/2011 | (INT) | Sterling Bank | Interest Earned For August 2011 | 1270-000 | $5.79 | | $402,667.73 |
| 08/08/2011 | | Green Bank | Transfer Funds | 9999-000 | | $402,667.73 | $0.00 |

**SUBTOTALS**  $402,667.73   $402,667.73

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2

| | | |
|---|---|---|
| **Case No.** | 10-14170 | |
| **Case Name:** | NOVACK ENTERPRISE INC | |
| **Primary Taxpayer ID #:** | **-***0821 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 04/01/2014 | |
| **For Period Ending:** | 03/31/2015 | |

| | |
|---|---|
| **Trustee Name:** | Leslie S. Osborne |
| **Bank Name:** | Sterling Bank |
| **Money Market Acct #:** | ******4170 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $135,654,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $402,667.73 | $402,667.73 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $402,667.73 | |
| | | | **Subtotal** | | $402,667.73 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $402,667.73 | $0.00 | |

**For the period of 04/01/2014 to 03/31/2015**

| | |
|---|---:|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipt | $0.00 |
| Total Comp/Non Comp Receipts | $0.00 |
| Total Internal/Transfer Receipts | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursement | $0.00 |
| Total Comp/Non Comp Disbursements | $0.00 |
| Total Internal/Transfer Disbursements | $0.00 |

**For the entire history of the account between 05/24/2010 to 3/31/2015**

| | |
|---|---:|
| Total Compensable Receipts: | $402,667.73 |
| Total Non-Compensable Receipt | $0.00 |
| Total Comp/Non Comp Receipts | $402,667.73 |
| Total Internal/Transfer Receipts | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursement | $0.00 |
| Total Comp/Non Comp Disbursements | $0.00 |
| Total Internal/Transfer Disbursements | $402,667.73 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3

| Case No. | 10-14170 | Trustee Name: | Leslie S. Osborne |
|---|---|---|---|
| Case Name: | NOVACK ENTERPRISE INC | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***0821 | Checking Acct #: | ******7001 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 04/01/2014 | Blanket bond (per case limit): | $135,654,000.00 |
| For Period Ending: | 03/31/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/08/2011 | | Sterling Bank | Transfer Funds | 9999-000 | $402,667.73 | | $402,667.73 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $503.05 | $402,164.68 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $669.90 | $401,494.78 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $606.09 | $400,888.69 |
| 05/03/2013 | 5001 | Leslie S. Osborne | per ecf 93 (4/19/13)- interim distribution | 2100-000 | | $23,383.39 | $377,505.30 |
| 05/03/2013 | 5002 | LESLIE S. OSBORNE, ESQ. | per ecf 93 (4/19/13)- interim distribution | 2200-000 | | $656.44 | $376,848.86 |
| 05/03/2013 | 5003 | foley management international, inc | per ecf 93 (4/19/13)- interim distribution | 2990-000 | | $3,299.00 | $373,549.86 |
| 05/03/2013 | 5004 | HYLTON WYNICK | per ecf 93 (4/19/13)- interim distribution | 3420-000 | | $45.06 | $373,504.80 |
| 05/03/2013 | 5005 | HYLTON WYNICK | per ecf 93 (4/19/13)- interim distribution | 3410-000 | | $2,129.50 | $371,375.30 |
| 05/03/2013 | 5006 | Badger Graphic Systems | per ecf 93 (4/19/13)- interim distribution | 7100-000 | | $183.81 | $371,191.49 |
| 05/03/2013 | 5007 | May Abad | per ecf 93 (4/19/13)- interim distribution | 7100-000 | | $3,720.80 | $367,470.69 |
| 05/03/2013 | 5008 | American Express Bank FSB | per ecf 93 (4/19/13)- interim distribution | 7100-000 | | $223,687.48 | $143,783.21 |
| 05/03/2013 | 5009 | Acousto-Optics | per ecf 93 (4/19/13)- interim distribution | 7100-000 | | $6,380.50 | $137,402.71 |
| 05/03/2013 | 5010 | Foley Management International | per ecf 93 (4/19/13)- interim distribution | 7100-000 | | $34,099.83 | $103,302.88 |
| 05/03/2013 | 5011 | Lizardi & Company, Inc. | per ecf 93 (4/19/13)- interim distribution | 7100-000 | | $103,302.88 | $0.00 |
| 08/28/2013 | 5009 | STOP PAYMENT: Acousto-Optics | per ecf 93 (4/19/13)- interim distribution | 7100-004 | | ($6,380.50) | $6,380.50 |
| 08/28/2013 | 5012 | Clerk U.S. Courts | unclaimed funds + Claim #4 Acousto-Optics | 7100-000 | | $6,380.50 | $0.00 |

| | | | | **SUBTOTALS** | $402,667.73 | $402,667.73 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 4

| | |  | | |
|---|---|---|---|---|
| Case No. | 10-14170 | | Trustee Name: | Leslie S. Osborne |
| Case Name: | NOVACK ENTERPRISE INC | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***0821 | | Checking Acct #: | ******7001 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 04/01/2014 | | Blanket bond (per case limit): | $135,654,000.00 |
| For Period Ending: | 03/31/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | Deposit | Disbursement | Balance |
|---|---|---|---|---|---|---|
| | | | **TOTALS:** | $402,667.73 | $402,667.73 | $0.00 |
| | | | **Less: Bank transfers/CDs** | $402,667.73 | $0.00 | |
| | | | **Subtotal** | $0.00 | $402,667.73 | |
| | | | **Less: Payments to debtors** | $0.00 | $0.00 | |
| | | | **Net** | $0.00 | $402,667.73 | |

**For the period of 04/01/2014 to 03/31/2015**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipt | $0.00 |
| Total Comp/Non Comp Receipts | $0.00 |
| Total Internal/Transfer Receipts | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursement | $0.00 |
| Total Comp/Non Comp Disbursements | $0.00 |
| Total Internal/Transfer Disbursements | $0.00 |

**For the entire history of the account between 08/08/2011 to 3/31/2015**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipt | $0.00 |
| Total Comp/Non Comp Receipts | $0.00 |
| Total Internal/Transfer Receipts | $402,667.73 |
| | |
| Total Compensable Disbursements: | $402,667.73 |
| Total Non-Compensable Disbursement | $0.00 |
| Total Comp/Non Comp Disbursements | $402,667.73 |
| Total Internal/Transfer Disbursements | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 5

| | |  | |
|---|---|---|---|
| Case No. | 10-14170 | Trustee Name: | Leslie S. Osborne |
| Case Name: | NOVACK ENTERPRISE INC | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***0821 | Checking Acct #: | ******7001 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 04/01/2014 | Blanket bond (per case limit): | $135,654,000.00 |
| For Period Ending: | 03/31/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $402,667.73 | $402,667.73 | $0.00 |

| For the period of 04/01/2014 to 03/31/2015 | | For the entire history of the account between 08/08/2011 to 3/31/2015 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $402,667.73 |
| Total Non-Compensable Receipt | $0.00 | Total Non-Compensable Receipt | $0.00 |
| Total Comp/Non Comp Receipts | $0.00 | Total Comp/Non Comp Receipts | $402,667.73 |
| Total Internal/Transfer Receipts | $0.00 | Total Internal/Transfer Receipts | $402,667.73 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $402,667.73 |
| Total Non-Compensable Disbursement | $0.00 | Total Non-Compensable Disbursement | $0.00 |
| Total Comp/Non Comp Disbursements | $0.00 | Total Comp/Non Comp Disbursements | $402,667.73 |
| Total Internal/Transfer Disbursements | $0.00 | Total Internal/Transfer Disbursements | $402,667.73 |

/s/ LESLIE S. OSBORNE

LESLIE S. OSBORNE