UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 10-14170-RBR |
| | § | |
| Novack Enterprise Inc | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Leslie S. Osborne, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $467,758.11 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $40,424.62 | | |

3) Total gross receipts of $508,182.73 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $508,182.73 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $40,424.62 | $40,424.62 | $40,424.62 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $1,242,116.08 | $1,151,813.72 | $1,151,813.72 | $467,758.11 |
| **Total Disbursements** | $1,242,116.08 | $1,192,238.34 | $1,192,238.34 | $508,182.73 |

4). This case was originally filed under chapter 7 on 02/22/2010. The case was pending for 80 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/20/2017          By:   /s/ Leslie S. Osborne
                                        Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Bank of America - Deposit Account # 0036 6076 1760 P. O. Box 25118 Tampa, FL 33622-5118 | 1129-000 | $398,128.56 |
| Claim for replevin/money damages against Narcy Novack, widow of the deceased shareholder of the Debtor corporation | 1149-000 | $105,515.00 |
| BOA Account #xxxxx6431 | 1229-000 | $290.97 |
| BOA Account xxxxxx0549 | 1229-000 | $3,885.97 |
| Interest Earned | 1270-000 | $362.23 |
| **TOTAL GROSS RECEIPTS** | | **$508,182.73** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Leslie S. Osborne, Trustee | 2100-000 | NA | $28,659.14 | $28,659.14 | $28,659.14 |
| LESLIE S. OSBORNE, ESQ., Trustee | 2200-000 | NA | $656.44 | $656.44 | $656.44 |
| Green Bank | 2600-000 | NA | $1,779.04 | $1,779.04 | $1,779.04 |
| foley management international, inc | 2990-000 | NA | $3,299.00 | $3,299.00 | $3,299.00 |
| HYLTON WYNICK, Accountant for Trustee | 3410-000 | NA | $2,129.50 | $2,129.50 | $2,129.50 |
| HYLTON WYNICK, Accountant for Trustee | 3420-000 | NA | $45.06 | $45.06 | $45.06 |
| ted galatis, esq, Attorney for Debtor | 3701-000 | NA | $3,856.00 | $3,856.00 | $3,856.00 |
| TED P. GALATIS, JR., ESQ, Attorney for Debtor | 3702-000 | NA | $0.44 | $0.44 | $0.44 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $40,424.62 | $40,424.62 | $40,424.62 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Badger Graphic Systems | 7100-000 | $570.08 | $570.08 | $570.08 | $231.50 |
| 2 | May Abad | 7100-000 | $11,540.00 | $11,540.00 | $11,540.00 | $4,686.46 |
| 3 | American Express Bank FSB | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3A | American Express Bank FSB | 7100-000 | $769,475.11 | $693,762.64 | $693,762.64 | $281,740.96 |
| 4 | Acousto-Optics | 7100-000 | $19,789.00 | $19,789.00 | $19,789.00 | $0.00 |
|  | Clerk U.S. Courts (Claim No. 4; Acousto-Optics) | 7100-001 | $0.00 | $0.00 | $0.00 | $6,380.50 |
|  | Clerk U.S. Courts (Claim No. 4; Acousto-Optics) | 7100-001 | $0.00 | $0.00 | $0.00 | $1,655.93 |
| 5 | Foley Management International | 7100-000 | $105,760.00 | $105,760.00 | $105,760.00 | $42,949.74 |
| 6 | Lizardi & Company, Inc. | 7100-000 | $320,392.00 | $320,392.00 | $320,392.00 | $130,113.02 |
|  | American Express | 7100-000 | $288.70 | $0.00 | $0.00 | $0.00 |
|  | Buff & Me Productions, LLC | 7100-000 | $2,500.00 | $0.00 | $0.00 | $0.00 |
|  | Matthew W. Briggs | 7100-000 | $11,693.57 | $0.00 | $0.00 | $0.00 |
|  | McDonald's Hardware | 7100-000 | $107.62 | $0.00 | $0.00 | $0.00 |
|  | Universal Truth Center for Better | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $1,242,116.08 | $1,151,813.72 | $1,151,813.72 | $467,758.11 |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:  1        Exhibit 8

| Case No.: | 10-14170-RBR | | Trustee Name: | Leslie S. Osborne |
|---|---|---|---|---|
| Case Name: | NOVACK ENTERPRISE INC | | Date Filed (f) or Converted (c): | 02/22/2010 (f) |
| For the Period Ending: | 1/20/2017 | | §341(a) Meeting Date: | 06/21/2010 |
| | | | Claims Bar Date: | 09/20/2010 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Bank of America - Deposit Account # 0036 6076 1760 P. O. Box 25118 Tampa, FL 33622-5118 | $395,856.00 | $395,856.00 | | $398,128.56 | FA |
| 2 | Claim for replevin/money damages against Narcy Novack, widow of the deceased shareholder of the Debtor corporation | $100,000.00 | $95,515.00 | | $105,515.00 | FA |
| 3 | American Express Reward Points P. O. Box 297813 Ft. Lauderdale, FL 33329-9785 | $0.00 | $0.00 | | $0.00 | FA |
| 4 | BOA Account #xxxxx6431 (u) | $0.00 | $0.00 | | $290.97 | FA |
| 5 | BOA Account xxxxxx0549 (u) | $0.00 | $0.00 | | $3,885.97 | FA |
| INT | Interest Earned (u) | Unknown | Unknown | | $362.23 | FA |
| | **TOTALS (Excluding unknown value)** | **$495,856.00** | **$491,371.00** | | **$508,182.73** | **Gross Value of Remaining Assets** **$0.00** |

**Major Activities affecting case closing:**

06/28/2015    all claims issues resolved

Tax return filed

| Initial Projected Date Of Final Report (TFR): | 05/15/2011 | Current Projected Date Of Final Report (TFR): | 06/15/2015 | /s/ LESLIE S. OSBORNE |
|---|---|---|---|---|
| | | | | LESLIE S. OSBORNE |

| | | | | | | Page No: 1 | Exhibit 9 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | |
|---|---|---|---|---|
| **Case No.** | 10-14170-RBR | | **Trustee Name:** | Leslie S. Osborne |
| **Case Name:** | NOVACK ENTERPRISE INC | | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***0821 | | **Checking Acct #:** | ******7001 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | DDA |
| **For Period Beginning:** | 2/22/2010 | | **Blanket bond (per case limit):** | $129,177,000.00 |
| **For Period Ending:** | 1/20/2017 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/08/2011 | | Sterling Bank | Transfer Funds | 9999-000 | $402,667.73 | | $402,667.73 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $503.05 | $402,164.68 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $669.90 | $401,494.78 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $606.09 | $400,888.69 |
| 05/03/2013 | 5001 | Leslie S. Osborne | per ecf 93 (4/19/13)- interim distribution | 2100-000 | | $23,383.39 | $377,505.30 |
| 05/03/2013 | 5002 | LESLIE S. OSBORNE, ESQ. | per ecf 93 (4/19/13)- interim distribution | 2200-000 | | $656.44 | $376,848.86 |
| 05/03/2013 | 5003 | foley management international, inc | per ecf 93 (4/19/13)- interim distribution | 2990-000 | | $3,299.00 | $373,549.86 |
| 05/03/2013 | 5004 | HYLTON WYNICK | per ecf 93 (4/19/13)- interim distribution | 3420-000 | | $45.06 | $373,504.80 |
| 05/03/2013 | 5005 | HYLTON WYNICK | per ecf 93 (4/19/13)- interim distribution | 3410-000 | | $2,129.50 | $371,375.30 |
| 05/03/2013 | 5006 | Badger Graphic Systems | per ecf 93 (4/19/13)- interim distribution | 7100-000 | | $183.81 | $371,191.49 |
| 05/03/2013 | 5007 | May Abad | per ecf 93 (4/19/13)- interim distribution | 7100-000 | | $3,720.80 | $367,470.69 |
| 05/03/2013 | 5008 | American Express Bank FSB | per ecf 93 (4/19/13)- interim distribution | 7100-000 | | $223,687.48 | $143,783.21 |
| 05/03/2013 | 5009 | Acousto-Optics | per ecf 93 (4/19/13)- interim distribution | 7100-000 | | $6,380.50 | $137,402.71 |
| 05/03/2013 | 5010 | Foley Management International | per ecf 93 (4/19/13)- interim distribution | 7100-000 | | $34,099.83 | $103,302.88 |
| 05/03/2013 | 5011 | Lizardi & Company, Inc. | per ecf 93 (4/19/13)- interim distribution | 7100-000 | | $103,302.88 | $0.00 |
| 08/28/2013 | 5009 | STOP PAYMENT: Acousto-Optics | per ecf 93 (4/19/13)- interim distribution | 7100-004 | | ($6,380.50) | $6,380.50 |
| 08/28/2013 | 5012 | Clerk U.S. Courts | unclaimed funds + Claim #4 Acousto-Optics | 7100-001 | | $6,380.50 | $0.00 |
| 05/27/2015 | (2) | Rudolf & Hoffman | restitution collected by AG and turned over to estate | 1149-000 | $105,515.00 | | $105,515.00 |
| 04/22/2016 | 5013 | Clerk, US Bankruptcy Court | Small Dividends | * | | $0.44 | $105,514.56 |
| | | | Claim Amount    $(0.44) | 3702-001 | | | $105,514.56 |
| 04/22/2016 | 5014 | ted galatis, esq | distribution | 3701-000 | | $3,856.00 | $101,658.56 |
| 04/22/2016 | 5015 | Leslie S. Osborne | Trustee Compensation | 2100-000 | | $5,275.75 | $96,382.81 |
| 04/22/2016 | 5016 | Badger Graphic Systems | distribution | 7100-000 | | $47.69 | $96,335.12 |
| 04/22/2016 | 5017 | May Abad | distribution | 7100-000 | | $965.66 | $95,369.46 |
| 04/22/2016 | 5018 | American Express Bank FSB | distribution | 7100-000 | | $58,053.48 | $37,315.98 |
| 04/22/2016 | 5019 | Acousto-Optics | distribution | 7100-000 | | $1,655.93 | $35,660.05 |
| 04/22/2016 | 5020 | Foley Management International | distribution | 7100-000 | | $8,849.91 | $26,810.14 |
| 04/22/2016 | 5021 | Lizardi & Company, Inc. | distribution | 7100-000 | | $26,810.14 | $0.00 |
| | | | | **SUBTOTALS** | **$508,182.73** | **$508,182.73** | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 10-14170-RBR | Trustee Name: | Leslie S. Osborne |
|---|---|---|---|
| Case Name: | NOVACK ENTERPRISE INC | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***0821 | Checking Acct #: | ******7001 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 2/22/2010 | Blanket bond (per case limit): | $129,177,000.00 |
| For Period Ending: | 1/20/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/26/2016 | 5013 | VOID: Clerk, US Bankruptcy Court | | 3702-003 | | ($0.44) | $0.44 |
| 04/26/2016 | 5022 | TED P. GALATIS, JR., ESQ | (expenses) | 3702-000 | | $0.44 | $0.00 |
| 09/02/2016 | | Clerk U.S. Courts | unclaimed funds - Clm #4 | 7100-001 | | $1,655.93 | ($1,655.93) |
| 09/02/2016 | 5019 | STOP PAYMENT: Acousto-Optics | stale check | 7100-004 | | ($1,655.93) | $0.00 |

|  |  |  |  |
|---|---|---|---|
| TOTALS: | $508,182.73 | $508,182.73 | $0.00 |
| Less: Bank transfers/CDs | $402,667.73 | $0.00 | |
| Subtotal | $105,515.00 | $508,182.73 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $105,515.00 | $508,182.73 | |

**For the period of  2/22/2010 to 1/20/2017**

| | |
|---|---|
| Total Compensable Receipts: | $105,515.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $105,515.00 |
| Total Internal/Transfer Receipts: | $402,667.73 |
| | |
| Total Compensable Disbursements: | $508,182.73 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $508,182.73 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between 08/08/2011 to 1/20/2017**

| | |
|---|---|
| Total Compensable Receipts: | $105,515.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $105,515.00 |
| Total Internal/Transfer Receipts: | $402,667.73 |
| | |
| Total Compensable Disbursements: | $508,182.73 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $508,182.73 |
| Total Internal/Transfer  Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-14170-RBR | Trustee Name: | Leslie S. Osborne |
|---|---|---|---|
| Case Name: | NOVACK ENTERPRISE INC | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | **-***0821 | Money Market Acct #: | ******4170 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 2/22/2010 | Blanket bond (per case limit): | $129,177,000.00 |
| For Period Ending: | 1/20/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/24/2010 | | Bank of America | Funds in bank | * | $402,305.50 | | $402,305.50 |
| | {1} | | $398,128.56 | 1129-000 | | | $402,305.50 |
| | {4} | | $290.97 | 1229-000 | | | $402,305.50 |
| | {5} | | $3,885.97 | 1229-000 | | | $402,305.50 |
| 05/28/2010 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $4.13 | | $402,309.63 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $24.80 | | $402,334.43 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $25.63 | | $402,360.06 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $25.63 | | $402,385.69 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $24.80 | | $402,410.49 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $25.63 | | $402,436.12 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $24.81 | | $402,460.93 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $25.64 | | $402,486.57 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $25.64 | | $402,512.21 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $23.16 | | $402,535.37 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $25.64 | | $402,561.01 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $24.82 | | $402,585.83 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $25.64 | | $402,611.47 |
| 06/30/2011 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $24.82 | | $402,636.29 |
| 07/29/2011 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $25.65 | | $402,661.94 |
| 08/08/2011 | (INT) | Sterling Bank | Interest Earned For August 2011 | 1270-000 | $5.79 | | $402,667.73 |
| 08/08/2011 | | Green Bank | Transfer Funds | 9999-000 | | $402,667.73 | $0.00 |

| | | | | SUBTOTALS | $402,667.73 | $402,667.73 | |

Page No: 4    Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-14170-RBR | Trustee Name: | Leslie S. Osborne |
|---|---|---|---|
| Case Name: | NOVACK ENTERPRISE INC | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | **-***0821 | Money Market Acct #: | ******4170 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 2/22/2010 | Blanket bond (per case limit): | $129,177,000.00 |
| For Period Ending: | 1/20/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | TOTALS: |  | $402,667.73 | $402,667.73 | $0.00 |
|---|---|---|---|---|---|---|---|
|  |  |  | Less: Bank transfers/CDs |  | $0.00 | $402,667.73 | |
|  |  |  | Subtotal |  | $402,667.73 | $0.00 | |
|  |  |  | Less: Payments to debtors |  | $0.00 | $0.00 | |
|  |  |  | Net |  | $402,667.73 | $0.00 | |

| For the period of 2/22/2010 to 1/20/2017 | | For the entire history of the account between 05/24/2010 to 1/20/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $402,667.73 | Total Compensable Receipts: | $402,667.73 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $402,667.73 | Total Comp/Non Comp Receipts: | $402,667.73 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $402,667.73 | Total Internal/Transfer Disbursements: | $402,667.73 |

Page No: 5                Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-14170-RBR | Trustee Name: | Leslie S. Osborne |
|---|---|---|---|
| Case Name: | NOVACK ENTERPRISE INC | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | **-***0821 | Money Market Acct #: | ******4170 |
| Co-Debtor Taxpayer ID #: |  | Account Title: |  |
| For Period Beginning: | 2/22/2010 | Blanket bond (per case limit): | $129,177,000.00 |
| For Period Ending: | 1/20/2017 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $508,182.73 | $508,182.73 | $0.00 |

**For the period of 2/22/2010 to 1/20/2017**

| | |
|---|---|
| Total Compensable Receipts: | $508,182.73 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $508,182.73 |
| Total Internal/Transfer Receipts: | $402,667.73 |
| | |
| Total Compensable Disbursements: | $508,182.73 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $508,182.73 |
| Total Internal/Transfer Disbursements: | $402,667.73 |

**For the entire history of the case between 02/22/2010 to 1/20/2017**

| | |
|---|---|
| Total Compensable Receipts: | $508,182.73 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $508,182.73 |
| Total Internal/Transfer Receipts: | $402,667.73 |
| | |
| Total Compensable Disbursements: | $508,182.73 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $508,182.73 |
| Total Internal/Transfer Disbursements: | $402,667.73 |

/s/ LESLIE S. OSBORNE

LESLIE S. OSBORNE